**Stephen M. SIU, M.D., Appellant,**

v.

**STATE BOARD REGISTRATION FOR THE HEALING ARTS, Respondent.**

**No. WD 52094.**

Missouri Court of Appeals,
Western District.

Oct. 1, 1996.

1. All statutory references are to RSMo 1994, unless otherwise noted.

Audrey Hanson McIntosh, Jefferson City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and SMART and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM.

Dr. Siu appeals after having been found to have sexually abused two twelve year old boys. The State Board of Registration for the Healing Arts revoked his license for seven years with permission to be considered for reinstatement at the end of two years if he successfully completed treatment at the Talbott–Marsh Recovery Program.

Affirmed pursuant to Rule 84.16(b).